1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7 JOHN AULBACH,

Case No. 16-cv-05717-RS

Plaintiff,

8

9 v.

**STANDBY ORDER OF DISMISSAL**

10 CREDIT ONE BANK, NATIONAL
ASSOCIATION,

11 Defendant.

12

13 The Court has been informed that the above-entitled action has settled. Accordingly, the

14 Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal

15 by **May 24, 2018**. If a stipulation of dismissal is not filed by that date, the parties are ordered to

16 appear on **May 31, 2018, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco**

17 **Courthouse** and show cause why the case should not be dismissed. Failure to comply with this

18 Order may result in dismissal of the case.

19

20 **IT IS SO ORDERED.**

21

22

23 Dated: March 7, 2018

24 _____
Richard Seeborg

25 United States District Judge

26
27
28