SCOTT J. SAGARIA (SBN 217981)
sjsagaria@sagarialaw.com
ELLIOT W. GALE (SBN 263326)
egale@sagarialaw.com
JOE ANGELO (SBN 268542)
jangelo@sagarialaw.com
**SAGARIA LAW, P.C.**
3017 Douglas Blvd., Ste. 200
Roseville, CA 95661
408-279-2288 ph:
408-279-2299 fax

Attorneys for Plaintiff
John Aulbach

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| **JOHN AULBACH,**<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>EQUIFAX, INC.; et. al.,<br><br>　　　　　　Defendants. | Case No.: 3:16-CV-05717-RS<br><br>STIPULATION TO DISMISS DEFENDANT CREDIT ONE BANK, N.A.; ~~PROPOSED~~ ORDER |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

　　IT IS HEREBY STIPULATED by and between plaintiff John Aulbach and defendant Credit One Bank, N.A., that Credit One Bank, N.A. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

STIPULATION TO DISMISS DEFENDANT CREDIT ONE BANK, N.A.; PROPOSED ORDER - 1

| | | |
|---|---|---|
| DATED: March 22, 2018 | Sagaria Law, P.C. | |
| | By: ___*/s/ Elliot W. Gale*___ |
| | Elliot W. Gale |
| | Attorneys for Plaintiff |
| | John Aulbach |

DATED: March 22, 2018        Carlson Messer LLP

By: ___*/s/ Tamar Gabriel Ellyin*___
Tamar Gabriel Ellyin
Attorneys for Defendant
Credit One Bank, N.A.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Tamar Gabriel Ellyin has concurred in this filing.

*/s/ Elliot Gale*

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Defendant Credit One Bank, N.A. is dismissed with prejudice and that each party shall bear its own attorneys' fees and costs

IT IS SO ORDERED.

DATED: 3/22/18

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE